

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MARTHA KIMMERLY, et al.,

                Plaintiff,

- vs -

QUIET WOMAN FARM LLC, et al.,

                Defendants.

**STIPULATION AND ORDER OF DISCONTINUANCE**

09-CV-948

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action ("Action"),

**AND HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the Action,

1. The Court has jurisdiction over the subject matter of the Action and over all parties to the Action;

2. The General Release as set forth in the Settlement Agreement between Plaintiffs and Defendants, including the release of claims under the Fair Labor Standards Act, and any and all other wage-hour claims, is hereby approved and the settlement contained therein is a fair, reasonable and adequate settlement and compromise of a bona fide dispute.

13738455.4

- 2 -

3. The Action is hereby dismissed with prejudice in its entirety and without attorneys' fees, costs, and expenses to any party. This Stipulation and Order may be filed without further notice with the Clerk of the Court.

**Farmworker Legal Services of New York**
**c/o Worker Justice Center of New York**

By: __s/ David O. Irving__
    David O. Irving
    1187 Culver Rd.
    Rochester, NY 14609
    Telephone: (585) 325-3050


By: __s/ Nathaniel K. Charny__
    Nathaniel K. Charny
    Charny & Associates
    9 Wast Market Street, Suite B
    Rhinebeck, NY 12572

*Attorneys for Plaintiffs*


Dated: March 5, 2012

**Carter, Conboy, Case, Blackmore, Maloney & Laird, P.C.**

BY:_____
    Stephen M. Groudine
    20 Corporate Woods, Blvd, 5th Floor
    Albany, NY 12211

*Attorneys for Quiet Women Farm, LLC, Heather Larson and Barbara Larson*

Dated: _____, 2012

**NIXON PEABODY LLP**

By:_____
    Christina Roberts-Ryba
    677 Broadway, 10th Floor
    Albany, New York 12207
    Telephone: (518) 427-2671

*Attorneys for Defendants Patrick Buchanan and Southern Style Sales LLC*

Dated: _____, 2012

**THOMAS F. CUNNINGHAM, Esq.**

By:_____
    Thomas Cunningham
    Office of Thomas F. Cunningham
    6 Trinity Way
    La Grangville, NY 12540

- 2 -

3. The Action is hereby dismissed with prejudice in its entirety and without attorneys' fees, costs, and expenses to any party. This Stipulation and Order may be filed without further notice with the Clerk of the Court.

<table>
<tr><td>

**Farmworker Legal Services of New York**
**c/o Worker Justice Center of New York**

By: _____
    David O. Irving
    1187 Culver Rd.
    Rochester, NY 14609
    Telephone: (585) 325-3050

By: _____
    Nathaniel K. Charny
    Charny & Associates
    9 Wast Market Street, Suite B
    Rhinebeck, NY 12572

*Attorneys for Plaintiffs*

Dated: _____, 2012

</td><td>

**Carter, Conboy, Case, Blackmore, Maloney & Laird, P.C.**

BY: _____
    Stephen M. Groudine
    20 Corporate Woods, Blvd, 5th Floor
    Albany, NY 12211

*Attorneys for Quiet Women Farm, LLC, Heather Larson and Barbara Larson*

Dated: March 5, 2012

**NIXON PEABODY LLP**

By: _____
    Christina Roberts-Ryba
    677 Broadway, 10th Floor
    Albany, New York 12207
    Telephone: (518) 427-2671

*Attorneys for Defendants Patrick Buchanan and Southern Style Sales LLC*

Dated: February 23, 2012

**THOMAS F. CUNNINGHAM, Esq.**

By: _____
    Thomas Cunningham
    Office of Thomas F. Cunningham
    6 Trinity Way
    La Grangville, NY 12540

</td></tr>
</table>

13738455.4

- 2 -

3. The Action is hereby dismissed with prejudice in its entirety and without attorneys' fees, costs, and expenses to any party. This Stipulation and Order may be filed without further notice with the Clerk of the Court.

**Farmworker Legal Services of New York**
**c/o Worker Justice Center of New York**

By: _____
    David O. Irving
    1187 Culver Rd.
    Rochester, NY 14609
    Telephone: (585) 325-3050

By: _____
    Nathaniel K. Charny
    Charny & Associates
    9 Wast Market Street, Suite B
    Rhinebeck, NY 12572

*Attorneys for Plaintiffs*

Dated: _____, 2012

**Carter, Conboy, Case, Blackmore, Maloney & Laird, P.C.**

BY: _____
    Stephen M. Groudine
    20 Corporate Woods, Blvd, 5th Floor
    Albany, NY 12211

*Attorneys for Quiet Women Farm, LLC, Heather Larson and Barbara Larson*

Dated: _____, 2012

**NIXON PEABODY LLP**

By: _____
    Christina Roberts-Ryba
    677 Broadway, 10th Floor
    Albany, New York 12207
    Telephone: (518) 427-2671

*Attorneys for Defendants Patrick Buchanan and Southern Style Sales LLC*

Dated: _____, 2012

**THOMAS F. CUNNINGHAM, Esq.**

By: _____
    Thomas Cunningham
    Office of Thomas F. Cunningham
    6 Trinity Way
    La Grangville, NY 12540

Attorney for Defendant Clermont Farm Corporation

Dated: 2/21/12, 2012

SO ORDERED:

_____
HON. FREDERICK J. SCULLIN, JR.

Dated: March 19, 2012