

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MARTHA KIMMERLY, *et al.*,

Plaintiff,

- vs -

QUIET WOMAN FARM LLC, *et al.*,

Defendants.

**STIPULATION AND
ORDER OF
DISCONTINUANCE**

**09-CV-948**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action ("Action"),

**AND HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the Action,

1.    The Court has jurisdiction over the subject matter of the Action and over all parties to the Action;

2.    The General Release as set forth in the Settlement Agreement between Plaintiffs and Defendants, including the release of claims under the Fair Labor Standards Act, and any and all other wage-hour claims, is hereby approved and the settlement contained therein is a fair, reasonable and adequate settlement and compromise of a bona fide dispute.

13738455.4

3.    The Action is hereby dismissed with prejudice in its entirety and without attorneys' fees, costs, and expenses to any party.  This Stipulation and Order may be filed without further notice with the Clerk of the Court.

**Farmworker Legal Services of New York**
**c/o Worker Justice Center of New York**

By: ___s/ David O. Irving_____
         David O.  Irving
         1187 Culver Rd.
         Rochester, NY 14609
         Telephone:  (585) 325-3050

By: ___s/ Nathaniel K. Charny_____
         Nathaniel K. Charny
         Charny & Associates
         9 Wast Market Street, Suite B
         Rhinebeck, NY 12572

*Attorneys for Plaintiffs*

Dated:  March 5, 2012

**Carter,   Conboy,   Case,   Blackmore,**
**Maloney & Laird, P.C.**

BY:_____
            Stephen M. Groudine
            20 Corporate Woods, Blvd, 5th
            Floor
            Albany, NY 12211

*Attorneys for Quiet Women Farm, LLC,*
*Heather Larson and Barbara Larson*

Dated: _____, 2012

**NIXON PEABODY LLP**

By:_____
            Christina Roberts-Ryba
            677 Broadway, 10th Floor
            Albany, New York 12207
            Telephone:  (518) 427-2671

*Attorneys for Defendants Patrick Buchanan*
*and Southern Style Sales LLC*

Dated: _____, 2012

**THOMAS F. CUNNINGHAM, Esq.**

By:_____
            Thomas Cunningham
            Office of Thomas F. Cunningham
            6 Trinity Way
            La Grangville, NY 12540

- 2 -

3.     The Action is hereby dismissed with prejudice in its entirety and without
attorneys' fees, costs, and expenses to any party.  This Stipulation and Order may be
filed without further notice with the Clerk of the Court.

**Farmworker Legal Services of New York**
**c/o Worker Justice Center of New York**

By: _____
        David O.  Irving
        1187 Culver Rd.
        Rochester, NY 14609
        Telephone:  (585) 325-3050


By: _____
        Nathaniel K. Charny
        Charny & Associates
        9 Wast Market Street, Suite B
        Rhinebeck, NY 12572

*Attorneys for Plaintiffs*


Dated: _____, 2012

**Carter,   Conboy,   Case,   Blackmore,**
**Maloney & Laird, P.C.**

BY: _____
        Stephen M. Groudine
        20 Corporate Woods, Blvd, 5th
        Floor
        Albany, NY 12211

*Attorneys for Quiet Women Farm, LLC,*
*Heather Larson and Barbara Larson*

Dated: *March  5*_____, 2012

**NIXON PEABODY LLP**

By: _____
        Christina Roberts-Ryba
        677 Broadway, 10th Floor
        Albany, New York 12207
        Telephone:  (518) 427-2671

*Attorneys for Defendants Patrick Buchanan*
*and Southern Style Sales LLC*

Dated: *February 23*, 2012

**THOMAS F. CUNNINGHAM, Esq.**

By:_____
        Thomas Cunningham
        Office of Thomas F. Cunningham
        6 Trinity Way
        La Grangville, NY 12540

13738455.4

- 2 -

3.     The Action is hereby dismissed with prejudice in its entirety and without attorneys' fees, costs, and expenses to any party.  This Stipulation and Order may be filed without further notice with the Clerk of the Court.

**Farmworker Legal Services of New York c/o Worker Justice Center of New York**

By: _____
　　　　David O.  Irving
　　　　1187 Culver Rd.
　　　　Rochester, NY 14609
　　　　Telephone:  (585) 325-3050


By: _____
　　　　Nathaniel K. Charny
　　　　Charny & Associates
　　　　9 Wast Market Street, Suite B
　　　　Rhinebeck, NY 12572

*Attorneys for Plaintiffs*


Dated: _____, 2012

**Carter,   Conboy,   Case,   Blackmore, Maloney & Laird, P.C.**

BY: _____
　　　　Stephen M. Groudine
　　　　20 Corporate Woods, Blvd, 5th
　　　　Floor
　　　　Albany, NY 12211

*Attorneys for Quiet Women Farm, LLC, Heather Larson and Barbara Larson*

Dated: _____, 2012

**NIXON PEABODY LLP**


By: _____
　　　　Christina Roberts-Ryba
　　　　677 Broadway, 10th Floor
　　　　Albany, New York 12207
　　　　Telephone:  (518) 427-2671

*Attorneys for Defendants Patrick Buchanan and Southern Style Sales LLC*


Dated: _____, 2012

**THOMAS F. CUNNINGHAM, Esq.**


By: _____
　　　　Thomas Cunningham
　　　　Office of Thomas F. Cunningham
　　　　6 Trinity Way
　　　　La Grangville, NY 12540

- 3 -

*Attorney for Defendant Clermont Farm*
*Corporation*

Dated: _2/21/12_, 2012

**SO ORDERED:**

_____
**HON. FREDERICK J. SCULLIN, JR.**

Dated: March 19, 2012

13738455.4